UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

United States of America

JUL 1 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

vs.

~~Civil~~/Criminal No. 04-232

Juvenal Ovidio Ricardo Palmera
Pineda aka Simon Trinidad

## NOTE FROM JURY

As you have instructed us, the jury has reviewed the evidence again as well as the jury instructions. We are convinced that further discussions will not change anyone's mind regarding the verdict on counts 2, 3, 4 and 5 and that we will not reach a unanimous verdict on these counts.

Date: July 10, 2007

FOREPERSON

Time: 12:50 pm

CO-109A