```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA


       -------------------------------X

       THE UNITED STATES OF AMERICA      Criminal Case No.

                   v.                    04-232

       JUVENAL OVIDIO RICARDO PALMERA    Washington, D. C.
       PINEDA aka SIMON TRINIDAD,        Thursday, July 5, 2007
                                         11:35 A.M.

                   Defendant.
       -------------------------------X

                        TRANSCRIPT OF TRIAL
              BEFORE THE HONORABLE ROYCE C. LAMBERTH
                   UNITED STATES DISTRICT JUDGE


       APPEARANCES:

       For the Government:         KENNETH C. KOHL, ESQ.
                                   JOHN CRABB, JR., ESQ.
                                   United States Attorney's Office
                                     for the District of Columbia
                                   555 Fourth Street, N.W.
                                   Washington, D.C.  20530
                                   (202) 514-7566

       For the Defendant:          ROBERT L. TUCKER, ESQ.
                                   WILLIAM G. SPENCER, ESQ.
                                   LARA G. QUINT, ESQ.
                                   Federal Public Defender's Office
                                      for the District of Columbia
                                   625 Indiana Ave., NW
                                   Washington, D.C.  20004
                                   (202) 208-7500

       Court Reporter:             ANNIE R. SHAW, RPR
                                   U.S. District Courthouse
                                   333 Constitution Ave., NW
                                   Room 6722
                                   Washington, D. C. 20001
                                   (202) 354-3242

       Proceedings recorded by machine shorthand, transcript produced
       by computer-aided transcription.
```

```
 1                    P-R-O-C-E-E-D-I-N-G-S
 2            THE DEPUTY CLERK:  Case 04-232, United States of
 3   America versus aka Simon Trinidad.
 4            Mr. Kohl and Mr. Crabb for the government; Mr. Tucker,
 5   Mr. Spencer, Miss Quint for the defense.  And Miss Estrada for
 6   Interpreting Services.
 7            THE COURT:  Number Five is the foreperson.  The note
 8   reads, On page 17 of the jury instructions in the paragraph
 9   that begins with "second" can we interpret the words only a
10   minor participant (sic) in the third sentence to have the same
11   meaning as use of the word "any" instead.
12            I propose to answer the note by saying the answer to
13   your question is "yes".  I don't know any other answer that
14   would be appropriate.
15            MR. TUCKER:  Our position is that the Court should,
16   first of all, should just refer the jury to the instructions.
17   And it's their determination that determine whether a minor
18   role has been met, or that language has been met.  Secondly, if
19   you are going to give the instruction that you just indicated,
20   or answer as you just indicated, we would ask you to also add
21   language that, whatever role has to be for the specific
22   purpose, otherwise in the language immediately after, to
23   further the goals of the conspiracy to detain the three
24   Americans, the language on page 17.
25            They can interpret, if you are going to tell them that
```

1    the answer is "yes", it has to be nonetheless for the specific
2    purpose also as instructed in that instruction.
3             THE COURT:  All right.
4             MR. KOHL:  We certainly don't agree that the Court
5    should do nothing.  In fact the jury has indicated they have
6    some confusion about the language.  And the answer is clearly
7    "yes".  We think that's all the Court needs to say.  Because
8    this sentence that they are pointing to has the exact language
9    that Mr. Tucker is talking about, As long as that person
10   understands the unlawful nature of the plan and voluntarily and
11   intentionally joins.  So what they are just wondering about is
12   this phrase "a minor part", is there something substantive to
13   that, or is it just merely suggesting any part in the
14   conspiracy is enough.  As long as you have got the right
15   intent, any part is enough.
16            So we think the Court -- the answer should be "yes".
17            THE COURT:  All right.  The objection will be
18   overruled, and I'll repeat the question, and say the answer to
19   your question is yes.
20            We will be in recess.
21            THE DEPUTY CLERK:  All rise.  This Honorable Court
22   stands recessed until return of court.
23                           (11:40 a.m.)
24
25

```
 1                    CERTIFICATE OF COURT REPORTER
 2
 3         I, ANNIE R. SHAW, certify that the foregoing is a
 4         correct transcript from the record of proceedings in
 5         the above matter.
 6
 7  Date:  January 9, 2009
 8                                        _____
 9                                        Signature of Court Reporter
10
```