FILED
NOV 1 3 2015
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**BY EXPRESS MAIL**

November 2, 2015

Honorable Royce C. Lamberth
Senior District Court Judge
U.S. District Court Washington, D.C.
333 Constitution Ave. N.W.
Washington, D.C. 20001
Phone (Chambers): (202) 354-3380

Re:  Terrorism Victims' Objection to Release of FARC Terrorist aka "Simon Trinidad"
United States v. Palmera Pineda aka Simon Trinidad  Crim. No. 04-232-02 (TFH) *RCL*

Dear Judge Lamberth:

We are victims of international terrorism at the hands of the Revolutionary Armed Forces of Colombia - FARC. We have testified before you previously as to our captivity (U.S. v. Pirinolo Crim. No. 10-339-15). We are scheduled to testify before you on Tuesday Nov. 10, 2015 during sentencing of another FARC terrorist in the U.S.'s prosecution against "L J," Diego A. Navarrete Beltran Crim. No. 10-339-17. We have all supported any Department of Justice effort at prosecuting the FARC.

We write you because we have been made aware that one of the FARC's top ranking officials - Juvenal Ovidio Ricardo Palmera Pineda aka Simon Trinidad, currently serving a 60 year sentence for conspiracy to commit hostage taking – our hostage taking – is going to be released (Juvenal Ovidio Ricardo Palmera Pineda, aka Simon Trinidad - Fed. Inmate No.: 27896-016; Alien #12715418). As we understand it, the U.S. Departments of State and Justice are organizing the release of this key FARC leader as part of the Colombian Peace Process talks ongoing in Havana, Cuba.

As FARC victims, we object to Palmera Pineda's aka Simon Trinidad's release.

We speak on behalf of the family of Tom Janis, the pilot in command of our aircraft, who was executed by the FARC post-crash on February 13, 2003. Tom Janis was a highly respected retired member of the U.S. military and former member of Special Forces Operational Detachment-Delta. Tom's pilot skills in flying the aircraft to a small ridgeline saved our lives. Tom Janis is survived by his wife Judith Janis and her four children, Christopher, Greer, Michael, and Jonathan. We also speak on behalf of the family of Luis Alcides Cruz, the brave Colombian Host-Nation Rider on board the aircraft that day who was murdered next to Tommy Janis by the FARC. Sergeant Cruz is survived by his wife and three children. We were held as political hostages and tortured by the FARC for 5 ½ years until our rescue on July 2, 2008.

1

We are asking that the Court acknowledge our objections as victims, stop any requested release of this international terrorist and ask Department of State and Justice to meet and confer with us and our counsel.

Simon Trinidad is an important member of the FARC. Trinidad admitted that he was an active member of the FARC and that he had entered Ecuador illegally to obtain false identification documents in order to enable him to travel abroad to participate as a FARC representative in negotiations for the exchange of FARC held hostages for FARC members held by the Colombian government. Trinidad was specifically chosen to negotiate the FARC's terrorist demands on the Colombian Government and United States.

Simon Trinidad is the highest ranking FARC member ever extradited to and convicted by the United States. Simon Trinidad was the trusted economic advisor to the FARC and the financial "mastermind" of the FARC's future economic plans over the next 2-3 decades. His influence was and is enormous to the FARC. Otherwise that FARC would not be seeking his release as part of the Peace negotiations. Trinidad has intimate knowledge of the FARC's global cocaine profits and knowledge of the FARC's global assets, its future plans to acquire rural land in Colombia to be used for its global illegal cocaine distribution. He knows the FARC's diversification of this global cocaine distribution into money laundering cover businesses in Latin and Central America. He was trusted at the highest levels of the FARC to negotiate directly with the United States on behalf of a terrorist organization for our release. He is educated and sophisticated. He remains a danger to us and global society.

We saw firsthand during captivity the massive cocaine enterprise that the FARC controlled. The FARC fills its ranks to work its cocaine operations by kidnapping young Colombians. We hiked through coca field after coca field. The FARC told us that they "could shut off the flow of cocaine like a water faucet" anytime they wanted. The FARC is a wealthy global terrorist organization capable of continued funding through its illegal cocaine operations. We have a judgment for terrorism damages against the FARC and aka Simon Trinidad, individually. Neither has satisfied any portion of this Judgment. The FARC has never compensated any of its victims Colombian, U.S. or otherwise.

There is no compelling, extraordinary or humanitarian reason to release this international terrorist - tried, convicted and sentenced for a crime involving national security. Trinidad has not completed even one-third of his sentence – *but just over 7 years of his 60 year sentence*.

Juvenal Ovidio Ricardo Palmera Pineda, aka Simon Trinidad's sentence should not be reduced or otherwise shortened and he should not be freed.

Respectfully, former FARC hostages,

*[signature]*

Marc Gonsalves

*[signature]*

Tom Howes

*[signature]*

Keith Stansell

RECEIVED
NOV 10 2015
CHAMBERS OF
JUDGE LAMBERTH